UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ROY BERTRAND, III** | **CASE NO. 6:21-CV-04398 LEAD** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **COASTAL CHEMICAL CO., LLC, ET AL.** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge [ECF No. 85], as modified by the parties' Stipulation [ECF No. 86],

IT IS HEREBY ORDERED that Defendant's Motion to Bifurcate [ECF No. 81] is DENIED.

THUS DONE in Chambers on this 8th day of November, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE